```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

VERNON AUTREY,                    :
                                  :CIVIL ACTION NO. 3:12-CV-1289
    Petitioner,           :
                                  :(JUDGE CONABOY)
    v.                    :(Magistrate Judge Carlson)
                                  :
WARDEN J. THOMAS, et al.,         :
                                  :
    Respondents.          :
                                  :

---

# **ORDER**

AND NOW, THIS 23rd DAY OF APRIL 2013, FOR THE REASONS SET OUT IN THE CONTEMPORANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:

1. Magistrate Judge Carlson's Report and Recommendation (Doc. 27) is adopted in part;
2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied;
3. Petitioner's pending motions (Docs. 11, 16, 21) are denied;
4. There is no basis for the issuance of a certificate of appealability;
5. The Clerk of Court is directed to close this case.

                                                  <u>S/Richard P. Conaboy</u>
                                                  RICHARD P. CONABOY
                                                  United States District Judge